

# Installations Instructions

www.vikingbags.com  |  888-208-1949  |  support@vikingbags.com

## Parts List

Parts List (by Vikings)
1-Set of Saddlebags
2-instlattion Instructions
3-Mounting Hardware
  (See Fig A.)

## Tools Needed

1- Adjustment Wrench

2-Flashead Screwdriver

## Step 1

1- Assemble the saddlebags support (See Figure C).
2- Make Sure it is securely mounted on the bike (See Figure C).



Fig.A

- A: Up right x 4
- B: Cross Member x 4
- C: 10 mm x 70 mm x 4
- D: 8 mm x 70 mm x 4
- E: 1/4" Hex Head Barrel Bolt Assembly x 4
- F: 8 mm Lock Nuts x 4
- G: Cross Member Fender Washer x 4
- H: Fender Washers x 8



Fig.B

Fig.C

## Step 2

Lift the back seat and install the bags on your bike. Your saddlebags must be at least 1 inches clear of any exhaust pipe, while stationary and moving

## Step 3

For height adjustment of the bags, separate the two yoke halves and reposition them. Adjust the yoke shorter for higher saddlebags, and vice versa. (See Figure E).

## Step 4

When you have the yoke in the correct position, tightly the nylon safety strap using the adjustable D-rings (See Figure F) on the top of the yoke.



Fig.D



Higher Bags

Lower Bags

Fig.E



Fig.F



# Installations Instructions

www.vikingbags.com  |  888-208-1949  |  support@vikingbags.com

## Step 5

Saddlebags are adjustable towards the front/rear of the bike for clearing turn signals and shock absorbers (See Figure G).

## Step 6

Use the straps located on the bottom of the each bag (Fig H) to connect the bag to the saddlebag support. Warp them around the support, buckle the ends together, them adjust the length so that straps are tight and they are supporting some of the saddlebags' weight.

## Step 7

Now the throw over installation is complete.



Fig.G



Fig.H

Mounting Bracket

Saddlebag Bottom

Fig.I

## Step 7

The bag can be easily removed the bike by tunning the quick release knobs 360 degrees. these knobs can be accessed from inside the bags.

## Warnings

Avoid usage of the any mounting part that is impaired or is not working properly. If you are not secure about the installation of the saddlebags, do not use them.

It is important to note that if you do not mount these saddlebags properly damage will be caused to the saddlebags and/or motorcycle. If bag are securely installed, no part of the mounting system or bags should touch the motorcycle while in operation.

Sporadically check for shifting of the bag and verify that no part of the mounting system is interfering with any part of the motorcycle while riding. This includes the drive train, suspension, brakes or wheels.

Don not attempt to use these saddlebags if the mounting instructions are unclear. It is important that you seek professional assistance from a qualified mechanic or dealer.

It is highly dangerous to operate a motorcycle if the saddlebags are not installed correctly. We suggest you find a motorcycle mechanic for further assistance in the event you have doubts about your abilities to install the product securely.



Locked for Riding

Unlocked for Riding

Fig.J



# Installations Instructions

www.vikingbags.com | 888-208-1949 | support@vikingbags.com

## Parts List

Parts List (by Vikings)
1-Set of Saddlebags
2-instlattion Instructions
3-Mounting Hardware
(See Fig A.)

## Tools Needed

1- Adjustment Wrench
2-Flashead Screwdriver
3-Color Marker
4-Power Drill with 3/8 inch drill bit

## Step 1

Ask the helper to hold the bag in several position so that you can determined the desired position of the bag on your bike. Once you fired the right position ask the helper to press the back of the bag against the bolts on the fender struts.



A: Up right x 4
B: Cross Member x 4
C: 10 mm x 70 mm x 4
D: 8 mm x 70 mm x 4
E: 1/4" Hex Head Barrel Bolt Assembly x 4
F: 8 mm Lock Nuts x 4
G: Cross Member Fender Washer x 4
H: Fender Washers x 8

Fig.A



MARKER

Fig.B



Fig.C

## Step 2

Use the marker to mark the contact point of the fender strut bolts and the back.

## Step 3

Please the longer end of up right on the marker spots in order to determined the placement of the lower two holes and the cross member (see Fig.E) part B.

## Step 4

Use power Drill with 3/8 inch drill bit to drill all four holes in the back of the bag.



Fig.D



(A)
(B)

Fig.E



Fig.F

Case 3:14-cv-00636-DSC   Document 11-1   Filed 03/10/15   Page 3 of 4



# Installations Instructions

www.vikingbags.com | 888-208-1949 | support@vikingbags.com

## Step 5

Fig. G Shows how to permanently attach the mounting bracket on the back of the bag. Please make sure the part number (B) remain inside the bag where as part number (A&E) are sandwiched between the back of the bag and the motorcycle.

## Step 6

By now you should have the bracket permanently attached to the back of the bag and it should resemble Fig.H

## Step 7

Repeat the same process in order to install the other saddlebag. It is highly recommended to use tip number 1. Tips are provided below.



Fig.G



Fig.H



Fig.I

## Tips

1- In order to ensure both bag's fitment is identical and to save time. After drilling the four holes in the first bag place the back of the bag against the second undrilled bag.

2- Now access the drilling bag from inside and mark the four holes on the second bag.

## Warnings

Avoid usage of the any mounting part that is impaired or is not working properly. If you are not secure about the installation of the saddlebags, do not use them.

It is important to note that if you do not mount these saddlebags properly damage will be caused to the saddlebags and/or motorcycle. If bag are securely installed, no part of the mounting system or bags should touch the motorcycle while in operation.

Sporadically check for shifting of the bag and verify that no part of the mounting system is interfering with any part of the motorcycle while riding. This includes the drive train, suspension, brakes or wheels.

Don not attempt to use these saddlebags if the mounting instructions are unclear. It is important that you seek professional assistance from a qualified mechanic or dealer.

It is highly dangerous to operate a motorcycle if the saddlebags are not installed correctly. We suggest you find a motorcycle mechanic for further assistance in the event you have doubts about your abilities to install the product securely.