# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00636-DSC

| | |
|---|---|
| JAFRUM INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRORAMA, INC. AND HUSNAIN )<br>ALAMDAR, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court following cancellation of a telephone discovery conference initiated pursuant to subsection F. Motions to Compel, Section III. Motions of the "Superseding Pretrial Order and Case Management Plan" (document #16).

After receiving Defendants' request for a telephone conference, chambers staff sent an email to counsel of record informing them of the date for the telephone conference and the procedure for filing a one page summary detailing their position on the discovery dispute. Before the 5 p.m. deadline on January 4, 2016, the Court received Defendants' one page summary. Plaintiff did not submit a one page summary. At 6:27 p.m. counsel of record for the Plaintiff, Steven DeGeorge, sent an email requesting the call in information for the conference call. Chambers staff later received several additional emails from attorneys Bob Ward and Drew Sherman, neither of whom are counsel of record in this case. Based upon these emails, it is the Court's understanding that Mr. Ward is lead counsel for the Plaintiff. Since Mr. Ward is not counsel of record in this case, he never received an email regarding the telephone conference. Mr.

DeGeorge is the only counsel of record for Plaintiff and he did receive notice regarding the telephone conference. Counsel of record for the Defendants are Dariush Adli and Stephen Ashley. Mr. Sherman is not counsel of record for Defendants.

Since counsel of record received the Court's email regarding the telephone conference procedure and Plaintiff's counsel failed to submit a one page summary as directed, the Court will dispense with the telephone conference.

The Court orders Plaintiff to respond to Defendants' discovery requests on or before January 15, 2016.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: January 5, 2016

David S. Cayer
United States Magistrate Judge