## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-00636-MOC-DSC

| | | |
|---|---|---|
| **JAFRUM INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HUSNAIN ALAMDAR, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on Defendants' "Motion to Dismiss" (document #17) and "Amended Motion to Dismiss" (document #19), as well as the parties' briefs and exhibits. The Court has carefully reviewed the parties' arguments, the record and authorities. For the reasons stated in Defendants' briefs, their Amended Motion to Dismiss is granted.

Plaintiff's Response (document #21) includes the term "hit and run tactics" as well a sarcastic and gratuitous comment in footnote 1. Counsel is admonished to refrain from including such language in future filings with the Court.

**IT IS HEREBY ORDERED** that:

1. Defendants' "Motion to Dismiss" (document #17) is **DENIED AS MOOT**.

2. Defendants' "Amended Motion to Dismiss" (document #19) is **GRANTED** and Claim Nos. 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, and 20 are **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: January 5, 2016

_____

David S. Cayer
United States Magistrate Judge