# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Civil Action No. 3:14-cv-636-DSC

| | |
|---|---|
| JAFRUM INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRORAMA, INC. and HUSNAIN ALAMDAR, <br><br> Defendants | **ORDER** |

**THIS MATTER** is before the Court on the Application for Admission to Practice Pro Hac Vice for Robert M. Ward (document #27). For the reasons stated therein, the Motion is granted.

**SO ORDERED**.

Signed: January 11, 2016

David S. Cayer
United States Magistrate Judge